# ELECTRONIC RECORD

COA # 03-14-00021-CR          OFFENSE: DWI

STYLE: Donald Weston King v. The State of Texas          COUNTY: Hays

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Court at Law No. 1

DATE: 11/14/14          Publish: NO   TC CASE #: 101401

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donald Weston King v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____Refused_____

DATE: _04/29/2015_

JUDGE: _____

CCA #: **046-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**